IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:05-CR-00392-RJC-DSC

| USA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **ORDER** |
| JUAN CARLOS ARELLANO (1), | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court upon the Government's Motion to Dismiss, (Doc. No. 71), the Indictment, (Doc. No. 6), without prejudice. The defendant has never been apprehended since he was charged in 2005.

**IT IS ORDERED** that the Government's motion, (Doc. No. 71), is **GRANTED** and the Indictment, (Doc. No. 6), as it relates to Juan Carlos Arellano, is **DISMISSED** without prejudice.

Signed: September 27, 2019

Robert J. Conrad, Jr.
United States District Judge